FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIPPON STEEL CORPORATION,<br><br>                                  Plaintiff,<br>    v.<br><br>THE UNITED STATES,<br><br>                                  Defendant. | **Court No. 23-00112**<br>**S U M M O N S** |

TO: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                 /s/ Mario Toscano
                                                 Clerk of the Court

---

1. **Name and Standing of Plaintiff:**

    Plaintiff is Nippon Steel Corporation ("NSC"), a Japanese manufacturer and exporter of hot-rolled steel flat products that was a respondent in the antidumping duty administrative review leading to the determination being contested. NSC was an interested party under 19 U.S.C. § 1677(9)(A) who actively participated in the administrative review. Therefore, NSC has standing to challenge the determination pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. **Brief Description of Contested Determination:**

    NSC is contesting the final results of the U.S. Department of Commerce, International Trade Administration, in its antidumping duty administrative review of <u>Certain Hot-Rolled Steel Flat Products from Japan</u> for the period October 1, 2020, through September 30, 2021. This determination is being contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

FORM 3

3. **Date of Determination:**

    April 28, 2023.

4. **Date of Publication in the <u>Federal Register</u> of Notice of Contested Determination:**

    The Department's notice of final results, which determines the date by which this summons must be filed, was published on May 4, 2023 (88 Fed. Reg. 28500).  Because 30 days from May 4, 2023, falls on Saturday, June 3, 2023, by operation of Rule 6 of the Rules of the U.S. Court of International Trade, the deadline to commence this action is Monday, June 5, 2023.

Respectfully,

_____
Shawn M. Higgins
Rajib Pal
Justin R. Becker
Lindsey A. Ricchi

Sidley Austin LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000

Dated: June 5, 2023

**FORM 3**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

        Director, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        The Honorable Gina Raimondo
        Secretary of Commerce
        U.S. Department of Commerce
        Constitution Avenue & 14th Street, N.W.
        Washington, DC 20230

By Hand:    Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza – Room 346
        New York, New York 10278-0001

                                          The Honorable Mario Toscano
                                          Clerk of the Court

Date: _____, 2023        By: _____